UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LUPERCAL LLC,**<br><br>Plaintiff<br><br>v.<br><br>**COMERICA BANK,**<br><br>Defendant | **Case No. 6:19-cv-00402**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Lupercal LLC ("Lupercal" or "Plaintiff") files this Complaint for patent infringement against Defendant Comerica Bank ("Comerica" or "Defendant"), and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

**PARTIES**

2. Lupercal is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Dallas, Texas.

3. Upon information and belief, Defendant, Comerica, is a Texas company having a principal place of business in this judicial district at 300 W 6th Street, Suite 2250, Austin, Texas 78701.

**JURISDICTION AND VENUE**

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because Defendants have committed acts of infringement and have regular and established places of business in this judicial district.

**COUNT I**
**(Infringement of U.S. Patent No. 9,386,094)**

7. Lupercal incorporates paragraphs 1 through 6 as though fully set forth herein.

8. Plaintiff is the owner, by assignment, of U.S. Patent No. 9,386,094 (the "'094 Patent"), entitled SYSTEM AND METHOD FOR MEDIA SUBMISSION, which issued on July 5, 2016. A copy of the '094 Patent is attached as Exhibit A.

9. The '094 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

10. Defendant provides the Comerica Mobile Banking App for use with Apple iOS devices and Android devices, which is available for download from Apple's iTunes App Store and Google Play Apps:



https://apps.apple.com/us/app/comerica-mobile-banking/id403598968



https://play.google.com/store/apps/details?id=com.comerica.mobilebanking&hl=en_US

11. When using the app to deposit a check, the app takes a photo of the front and back of the check. If the photo is not adequate, the app allows the user to retake a photo of the front and back.



https://www.comerica.com/personal-finance/banking/online-services/mobile-banking.html

12. In the process of depositing a check with the mobile app, the user enters the amount of the check deposit and selects the account to deposit the funds.

13. On information and belief, upon being accepted by the user (via the Comerica Mobile Banking Application), the application pre-processes the front and back images to produce and front and back pre-processed images that is controlled by one or more preprocessing parameters received from a device (e.g., a server used to download the Comerica Mobile App) separate from the user device (user's smart phone) in a conversion of the one or more images or the one or more replacement images as specified for use by a receiving party.

14. Defendant controls the operation and use of the Comerica Mobile App and encourages its customers to use the Comerica Mobile App to deposit checks to the customer's accounts with Defendant. The Defendant's Comerica Mobile App is the Accused Instrumentality through which Defendant and its customers infringe the '094 Patent.

15. At least by developing, distributing, operating, promoting, and encouraging the use of the Comerica Mobile App, Defendant encourages its customers to use the Comerica Mobile App to practice the claimed methods, which Defendant controls the use of and derives a direct benefit and profit from.

16. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including Claim 42, of the '094 Patent by developing, distributing, operating, promoting, and encouraging the use of the Comerica Mobile App in the United States without authority. Defendant has infringed and continues to infringe the '094 Patent either directly or through the acts of inducement in violation of 35 U.S.C. § 271.

17. Defendant has been on notice of the '094 Patent at least as early as January 16, 2019 when it received a notice letter from Plaintiff, which included a claim chart comparing the '094 Patent claims to the Comerica Mobile App.

18. Claim 42 recites:

> 42. A computer implemented method performed by an image submission tool on a user device, comprising:
>
> > causing the image submission tool to generate a visual representation of one or more images, the visual representation enabling a user to determine whether the one or more images should be replaced with one or more replacement images;
> >
> > causing the image submission tool to enable a user to enter text information for association with the one or more images or the one or more replacement images;
> >
> > causing the image submission tool to pre-process the one or more images or the one or more replacement images to produce one or more pre-processed images, the pre-processing by the image submission tool controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the one or more images or the one or more replacement images as specified for use by a receiving party;

causing the image submission tool to enable a user to submit the one or more pre-processed images; and

causing the image submission tool to transmit the one or more pre-processed images.

19. The Comerica Mobile App enables account holders to deposit checks electronically by taking a photo of the front and back of the check. After selecting an account to deposit the check to, the user enters the amount of the check.

20. More particularly, the Comerica Mobile App is a computer implemented method performed by an image submission tool on a user device.

21. In the process of using the Comerica Mobile App, the computer implemented method causes the image submission tool to generate a visual representation of one or more images, the visual representation enabling a user to determine whether the one or more images should be replaced with one or more replacement images.

22. In the process of using the Comerica Mobile App, the computer implemented method causes the image submission tool to enable a user to enter text information for association with the one or more images or the one or more replacement images.

23. In the process of using the Comerica Mobile App, the computer implemented method causes the image submission tool to pre-process the one or more images or the one or more replacement images to produce one or more pre-processed images, the pre-processing by the image submission tool controlled by one or more pre-processing parameters received from a device separate from the user device in a

conversion of the one or more images or the one or more replacement images as specified for use by a receiving party.

24. In the process of using the Comerica Mobile App, the computer implemented method causes the image submission tool to enable a user to submit the one or more pre-processed images.

25. In the process of using the Comerica Mobile App, the computer implemented method causes the image submission tool to transmit the one or more pre-processed images.

26. Lupercal has been damaged by Defendant's infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that the Defendant has infringed the '094 Patent;
2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '094 Patent;
3. awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and
4. granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: July 2, 2019                                   Respectfully submitted,


                                                      */s/ Raymond W. Mort, III*
                                                      Raymond W. Mort, III
                                                      Texas State Bar No. 00791308
                                                      raymort@austinlaw.com

                                                      **THE MORT LAW FIRM, PLLC**
                                                      100 Congress Ave, Suite 2200
                                                      Austin, Texas 78701
                                                      Tel/Fax: (512) 865-7950

                                                      **ATTORNEYS FOR PLAINTIFF
                                                      LUPERCAL LLC**